IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT JEFFERSON,

    Plaintiff,

vs.

                                                4:03-CV-349-SPM/AK

JAMES WILLIAMS, et al.,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 33) dated July 19, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections (doc. 35) on July 29, 2005.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. It is not clear from Plaintiff's document whether he means to file a notice of appeal or merely state objections to the magistrate's report. To the extent Plaintiff is attempting to file a notice of appeal, such notice is premature, given that this Court has not yet ruled on whether to adopt the report and

recommendation. The "objections" filed by Plaintiff consist mostly of accusations of bias on the magistrate's part toward *pro se* litigants. As noted in the report and recommendation, however, *pro se* litigants are held to a lower, more liberal standard than attorneys when drafting complaints and pleadings (doc. 33 at 2). Even so, in reviewing Plaintiff's complaint, the magistrate correctly found that Plaintiff has not stated a valid cause of action.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc.33) is adopted and incorporated by reference in this order.

2. The second amended complaint (doc. 15) is *dismissed* for failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this second day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao